UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS "T.J." CIARAMETARO,<br>    Plaintiff,<br><br>vs.<br><br>SEFATIA ROMEO THEKEN, individually and as Mayor of Gloucester; CHARLES "CHIP" PAYSON, individually and as Gloucester's City Solicitor; JAMES DESTINO, as Gloucester's Chief Administrative Officer; HOLLY DOUGWILLO, individually and as Gloucester's Human Resources Director; and CITY OF GLOUCESTER,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:21-CV-_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Charles "Chip" Payson, individually and as Gloucester's City Solicitor, James Destino, as Gloucester's former Chief Administrative Officer, Holly Dougwillo, individually and as Gloucester's Human Resources Director, and the City of Gloucester, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Essex, and for their Notice of Removal state as follows:

1. The petitioners are named as defendants by the plaintiff, Thomas "T.J." Ciarametaro, in a civil action filed on February 9, 2021, in the Superior Court of the Commonwealth of Massachusetts in and for the County of Essex, entitled Thomas "T.J." Ciarametaro, *et al.*, v. Sefatia

Romeo Theken, *et al*., Essex Superior Court, C.A. No. 2177CV00124.  Undersigned counsel accepted service of the Summonses and Complaint on behalf of the petitioners on February 17, 2021.

2.  In his original Complaint, the plaintiff asserted claims against the petitioners *under state law only*.  Specifically, the plaintiff sought relief for workplace discrimination and retaliation under theories of law protected by the Massachusetts Fair Employment Practices Act, M.G.L. c. 151B, §§ 1, *et seq*.  But because plaintiff failed to exhaust the mandatory administrative procedures set forth in M.G.L. c. 151B, § 5, which require that all such actions first be filed with the Massachusetts Commission Against Discrimination ("MCAD"), petitioners moved to dismiss plaintiff's original Complaint under Mass. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and under Mass. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  Petitioners served their Motion to Dismiss and supporting Memorandum upon plaintiff's counsel on March 2, 2021.

3.  Plaintiff did not serve an opposition to petitioners' Motion to Dismiss.  Rather, after receiving extensions of time, plaintiff filed a First Amended Complaint in Essex Superior Court on April 1, 2021, a copy of which is attached hereto as Exhibit "A."  The petitioners have not yet answered or otherwise responded to plaintiff's First Amended Complaint.

4.  This is a suit of a wholly civil nature brought in a Massachusetts state court.  The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Essex and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

5.  In Count II of his First Amended Complaint, the plaintiff alleges that all petitioners retaliated against him in violation of his First Amendment rights under 42 U.S.C. § 1983.

6. Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

7. The petitioners are filing this Notice of Removal 30 days of the filing of plaintiff's First Amended Complaint, within 30 days of the date this action became removable, and within the time for filing this petition.  See 28 U.S.C. § 1446(b)(1).

8. The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Essex.

9. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Essex, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

10. All defendants who have been properly joined and served in this matter join in or consent to the removal of the action.  28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, petitioners, Charles "Chip" Payson, individually and as Gloucester's City Solicitor, James Destino, as Gloucester's former Chief Administrative Officer, Holly Dougwillo, individually and as Gloucester's Human Resources Director, and City of Gloucester, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Essex County be removed from that Court to this United States District Court.

The Defendants,

CHARLES "CHIP" PAYSON, individually and as Gloucester's City Solicitor;
JAMES DESTINO, as Gloucester's Chief Administrative Officer;
HOLLY DOUGWILLO, individually and as Gloucester's Human Resources Director; and
CITY OF GLOUCESTER,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated:  April 12, 2021

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 12, 2021.

*/s/ John J. Davis*
_____
John J. Davis, Esq.