UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-10606 WGY

| | |
|---|---|
| THOMAS "T.J." CIARAMETARO,<br>    Plaintiff,<br><br>vs.<br><br>SEFATIA ROMEO THEKEN, individually and as Mayor of Gloucester; CHARLES "CHIP" PAYSON, individually and as Gloucester's City Solicitor; JAMES DESTINO, as Gloucester's Chief Administrative Officer; HOLLY DOUGWILLO, individually and as Gloucester's Human Resources Director; and CITY OF GLOUCESTER,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER RULE 26(C)**

The defendants, Charles "Chip" Payson, individually and as Gloucester's City Solicitor, James Destino, as Gloucester's former Chief Administrative Officer, Holly Dougwillo, individually and as Gloucester's Human Resources Director, and the City of Gloucester ("the City"), by and through their attorneys, hereby move for a protective order pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure. Specifically, the defendants request that this Court enter an Order (in the form attached to defendants' Motion) requiring plaintiff to maintain confidentiality regarding the information and materials obtained in pretrial discovery and further prohibiting the dissemination of such information and materials. In support of this motion, the defendants incorporate the attached Memorandum of Law.

The Defendants,

CHARLES "CHIP" PAYSON, individually and as Gloucester's City Solicitor,
JAMES DESTINO, as Gloucester's former Chief Administrative Officer;
HOLLY DOUGWILLO, individually and as Gloucester's Human Resources Director, and
CITY OF GLOUCESTER,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*
_____
John J. Davis, BBO #115890
Katie Cooper Davis, BBO #694251
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated:  September 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 27, 2021.

*/s/ John J. Davis*
_____
John J. Davis, Esq.